■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE YARBOROUGH, Appellant. [842 NYS2d 547]—Appeal by the defendant from an order of the County Court, Westchester County (Bellantoni, J.), entered July 25, 2006, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contentions, the County Court's

determination to designate him a level three sex offender is supported by clear and convincing evidence, based on the facts and admissions contained in the presentence investigation report, the case summary, and the risk assessment instrument of the Board of Examiners of Sex Offenders (*see* Correction Law § 168-n; *People v Arnold*, 35 AD3d 827 [2006]; *People v Grimmett*, 29 AD3d 766, 767 [2006]; *cf. People v Hines*, 24 AD3d 524, 525 [2005]; *People v Davis*, 21 AD3d 590, 592 [2005]). Crane, J.P., Lifson, Carni and Balkin, JJ., concur.